37717. MALATRAY v. KELLEY et al.

Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 23, 1981.

*Friend, Williams & Tallant, Timothy Williams, Eloise W. Newhard,* for appellant.
*Paul M. McLarty, Jr., Dodd, Driver, Connell & Hughes, Randall L. Hughes, F. Taylor Putney, Jr.,* for appellees.